| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jamie Cloer<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9697<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 24–50178 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: August 7, 2024
BY THE COURT


Laura T. Beyer

United States Bankruptcy Judge


Electronically filed and signed (8/7/24)